**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Mary E. Edes, SBN 264584
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
YOUNG SHIK KIM and CHUNG NAN KIM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | CASE NO. 2:10-CV-02448-LKK-JFM |
| Plaintiff, | **ORDER GRANTING FURTHER REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| YOUNG SHIK KIM, INDIVIDUALLY AND AS TRUSTEE OF THE YOUNG SHIK KIM AND CHUNG NAN KIM TRUST UNDER DECLARATION OF TRUST DATED MAY 14, 1987; CHUNG NAN KIM, INDIVIDUALLY AND AS TRUSTEE OF THE YOUNG SHIK KIM AND CHUNG NAN KIM TRUST UNDER DECLARATION OF TRUST DATED MAY 14, 1987, | |
| Defendants.                           / | Complaint Filed:    September 11, 2010 |

IT IS SO ORDERED that the parties be granted an extension until Thursday, December 23, 2010 to file dispositional documents disposing of this case.

Dated: December 13, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[PROPOSED] ORDER GRANTING FURTHER REQUEST FOR EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS

00850636.WPD